THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE W. HAUSCHELD, Appellant, *v.* THOMAS J. DUNN, as Sheriff of the County of New York et al., Respondents.

*People ex rel. Hauscheld* v. *Dunn,* 38 App. Div. 640, affirmed.
(Argued June 6, 1899; decided June 23, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1899, affirming an order of Special Term discharging a writ of habeas corpus and remanding the relator to the custody of respondent.

*Frank H. Richmond* for appellant.

*Robert Goeller* and *Jacob H. Shaffer* for respondents.

Order affirmed, with costs, on the opinion in the case of *Hauscheld* v. *Hauscheld,* reported in 33 Appellate Division Reports, page 296.

All concur. except PARKER, Ch. J., and BARTLETT, J., dissenting.